been sustained by plaintiff through the negligence of employees of defendant. Plaintiff, a truckman, was crushed between the rear of his truck, which he was in the act of unloading, and defendant's automobile delivery car. Defendant's chauffeur was absent from the scene at the time of the accident. His helper, regularly employed as such by defendant, had been left in charge of the car. He had been instructed not to operate the car, even if directed to do so by a police officer, and printed regulations to that effect had been posted in defendant's place of business and called to his attention. He nevertheless attempted to operate the car in order to back it up, but became confused and ran it forward, striking plaintiff and inflicting serious injuries.

*Frank L. Tyson* and *Joseph Force Crater* for appellant.
*Eugene D. Boyer* and *Charles Strauss* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

CATHERINE L. SURPLESS, Appellant, *v.* OLIVER B. SUR-PLESS et al., Respondents.

*Dower — action to recover — defense of acceptance of provision under will in lieu thereof.*

*Surpless* v. *Surpless*, 206 App. Div. 717, affirmed.

(Argued October 15, 1923; decided November 20, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 18, 1923, affirming a judgment in favor of plaintiff entered upon a dismissal of the complaint by the court at a Trial Term without a jury. The action was to recover dower in addition to the provision made for plaintiff by the will of her deceased husband. The defense was that the provision so made was in lieu of dower and that plaintiff had so accepted the same.

*James Crooke McLeer* for appellant.

*Abner C. Surpless* and *George W. McKenzie* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO and MCLAUGHLIN, JJ. Dissenting: POUND, CRANE and ANDREWS, JJ.

---

VICTORIA KRZYMINSKI, by JOZEFA KRZYMINSKI, Her Guardian ad Litem, Respondent, *v.* INTERNATIONAL RAILWAY COMPANY, Appellant.

VALENTINE KRZYMINSKI, Respondent, *v.* INTERNATIONAL RAILWAY COMPANY, Appellant.

*Negligence — railroads — child struck by street car while crossing street.*

*Krzyminski v. International Ry. Co.* (2 cases), 206 App. Div. 788, 789, affirmed.

(Argued October 16, 1923; decided November 20, 1923.)

APPEAL in each of the above-entitled actions from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 20, 1923, affirming in the first action and modifying and affirming as modified in the second action a judgment in favor of plaintiff entered upon a verdict. The action of Victoria Krzyminski was brought to recover damages for personal injuries sustained by her on the 27th day of May, 1922, at about four o'clock in the afternoon, while crossing Fillmore avenue from east to west at its intersection with Broadway, when she was struck by a trolley car which turned from Broadway northerly on to Fillmore avenue. The action by Valentine Krzyminski was brought to recover damages for loss of services of his daughter, Victoria, and for medical care, nursing, hospital bills, etc.

*Olin T. Nye* for appellant.

*William H. Godbold* for respondents.

Judgment in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.